IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MODERN TELECOM SYSTEMS, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 17-583-LPS-CJB |
| TCL CORPORATION, ET AL., | : |
| Defendants. | : |

### ORDER

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 24) on December 21, 2017;

WHEREAS, the Report and Recommendation recommends that the Court GRANT Defendants' Motion to Dismiss (D.I. 13).

WHEREAS, any Objections to the Report and Recommendation were to be filed by January 4, 2018;

WHEREAS, no party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 24) is **ADOPTED,** and Defendants' Motion to Dismiss (D.I. 13) is **GRANTED** without prejudice. Plaintiff is granted leave to file an amended complaint within fourteen (14) days from the date of this Order,

Dated: January 9, 2018

_____
UNITED STATES DISTRICT JUDGE