**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MODERN TELECOM SYSTEMS, LLC<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TCL COMMUNICATION INC.,<br>TCT MOBILE, INC.,<br>TCT MOBILE (US) INC., AND<br>TCT MOBILE (US) HOLDINGS, INC.<br><br>　　　　　　　　　　Defendants. | )<br>)<br>) C.A. No. 17-583-LPS-CJB<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Modern Telecom Systems LLC and Defendants TCL Communication Inc., TCT Mobile, Inc., TCT Mobile (US) Inc., and TCT Mobile (US) Holdings, Inc. (together, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and further to a settlement agreement executed between the Parties, that all Plaintiff's claims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs and expenses relating to this litigation (including attorney and expert fees and expenses).

-2-

DATED: July 18, 2018

| | |
|---|---|
| */s/ Sean M. Brennecke*<br>Sean M. Brennecke (#4686)<br>**KLEHR HARRISON**<br>**HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5518<br>sbrennecke@klehr.com<br><br>**OF COUNSEL:**<br><br>Daniel S. Carlineo<br>Nelson M. Kee<br>Carlineo Kee, PLLC<br>1517 17th Street, NW, 3rd Floor<br>Washington, DC 20036<br>(202) 780-6109<br>dcarlineo@ck-iplaw.com<br>nkee@ck-iplaw.com<br><br>*Attorneys for Plaintiff*<br>*Modern Telecom Systems LLC* | /s/ Renée M. Mosley<br>Jeffrey L. Moyer (#3309)<br>Katharine L. Mowery (#5629)<br>Renée M. Mosley (#6442)<br>**RICHARDS, LAYTON**<br>**& FINGER, P.A.**<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>moyer@rlf.com<br>mowery@rlf.com<br>mosley@rlf.com<br><br>*Attorneys for Defendants TCL*<br>*Communication Inc., TCT Mobile, Inc.,*<br>*TCT Mobile (US) Inc. and TCT Mobile*<br>*(US) Holdings, Inc.* |